

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2019

No. 04-18-00725-CV

Ebony **JONES**,
Appellant

v.

**DSRE CENTEX PARTNERS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2018CV03487
Honorable Karen Crouch, Judge Presiding

## O R D E R

Pursuant to this court's January 24, 2019 order, appellant's amended brief was due February 25, 2019. Neither the amended brief nor a motion for extension of time has been filed.

We therefore **ORDER** appellant to file, **on or before March 18, 2019,** her amended appellant's brief, which must comply with this court's January 24, 2019 order, and a written response reasonably explaining her failure to timely file the brief. If appellant fails to file the amended brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

We **order** the clerk of this court to serve a copy of this order on appellant, who is pro se, and all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court